UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRRALL FARRON CANNON,<br><br>   Petitioner,<br><br>  v.<br><br>DEBRO DEXTER, et al.,<br><br>   Respondents.<br>_____/ | No. C 08-2992 PJH (PR)<br><br>**ORDER OF TRANSFER** |

  This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court in and for San Bernardino County. San Bernardino County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated at Ironwood State Prison, which also is in the central district.

  Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitioner was both convicted in and is confined in the central district, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

  **IT IS SO ORDERED.**

Dated: June 20, 2008.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\ORDERS\HC\TRANS-conviction form.wpd.