```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                              JUL - 8 2008

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRRALL FARROW CANNON,<br><br>        Petitioner,<br><br>        v.<br><br>DEBRA DEXTER, Warden,<br><br>        Respondents. | NO. EDCV 08-859-RGK(CT)<br><br>JUDGMENT |

The court has ordered that the petition be dismissed because it is a second or successive petition subject to dismissal pursuant to 28 U.S.C. § 2244(b) because there is no authorizing order from the Court of Appeals.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed.

DATED: JUL - 8 2008

                                        R. GARY KLAUSNER<br>
                                      UNITED STATES DISTRICT JUDGE